

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| KEGAN WELLS, aka KAGAN WELLS<br>LA. DOC #316251 | CIVIL ACTION NO. 09-0913 |
| | SECTION P |
| VS. | |
| | JUDGE DRELL |
| WARDEN STEVE RADER | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED THAT** this petition for *habeas corpus* is **DENIED AND DISMISSED WITHOUT PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d)(1). This dismissal without prejudice is limited to Petitioner's being able to show with <u>evidence</u> that (1) his attorney, C. Jerome D'Aquila, was actually retained to file the referenced *habeas corpus* petition timely; and (2) the attorney failed to do so. Petitioner will have sixty (60) days to obtain such evidence. At the end of that time, failing such evidence,

the Court will enter a dismissal <u>with</u> prejudice.

      **THUS DONE AND SIGNED,** in chambers, in Alexandria, Louisiana, on this 30TH day of December, 2009.

                                          **DEE D. DRELL**
                                          **UNITED STATES DISTRICT JUDGE**